Michael A. Berta (No. 194650)
michael.berta@arnoldporter.com
Joseph Farris (No. 263405)
joseph.farris@arnoldporter.com
Andrew Hannemann (No. 322400)
andrew.hannemann@arnoldporter.com
Estayvaine Bragg (No. 341400)
estayvaine.bragg@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   (415) 471-3100
Facsimile:    (415) 471-3200

Attorneys for Defendant
ZEROO GRAVITY GAMES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARA OCHOA and KIMBERLY BROWN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZEROO GRAVITY GAMES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. CV 22-5896-GW-ASx<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULE** |

[PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, it is hereby **ORDERED** that:

1. All proceedings before this Court in this action shall be stayed for additional fourteen (14) days (running from April 12, 2023);
2. Plaintiffs shall file a motion for preliminary approval by April 26, 2023;
3. The hearing set for April 29, 2024 shall be taken off calendar and reset for May 30, 2024 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:  April 12, 2024

_____
HON. GEORGE H. WU,
United States District Judge