## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-5896-GW-ASx | Date | September 16, 2024 |
|---|---|---|---|
| Title | *Sara Ochoa v. Zeroo Gravity Games LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew T. Ryan | Michael A. Berta |

**PROCEEDINGS:** **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PROCEDURE FOR AND FORM OF NOTICE [87]**

The Court's Further Tentative Ruling on Plaintiffs' Motion [87] was issued on September 13, 2024 [110]. Oral argument is held. For reasons stated on the record, Plaintiffs' Motion is TAKEN UNDER SUBMISSION. The Court sets a nonappearance status conference for September 30, 2024. Defendant will provide the Court with a tutorial video/screen shots forthwith.

                                                                                          :  20

                                                            Initials of Preparer    JG