1  Michael A. Berta (No. 194650)
   michael.berta@arnoldporter.com
2  Joseph Farris (No. 263405)
   joseph.farris@arnoldporter.com
3  Andrew Hannemann (No. 322400)
   andrew.hannemann@arnoldporter.com
4  Estayvaine Bragg (No. 341400)
   estayvaine.bragg@arnoldporter.com
5  ARNOLD & PORTER KAYE SCHOLER LLP
   Three Embarcadero Center, 10th Floor
6  San Francisco, CA 94111-4024
   Telephone:  (415) 471-3100
7  Facsimile:  (415) 471-3400

8  Attorneys for Defendant
   ZEROO GRAVITY GAMES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARA OCHOA and KIMBERLY BROWN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZEROO GRAVITY GAMES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:22-cv-05896-GW-AS<br><br>**JOINT STATUS REPORT and [PROPOSED] ORDER SETTING SCHEDULE FOR RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

# JOINT STATUS REPORT

Pursuant to the Court's October 31, 2024 Order (ECF No. 118), the parties file this Joint Status Report and Proposed Order.

1. At the Hearing of October 31, 2024, the parties discussed with the Court a plan to issue subpoenas to Apple and Google seeking the email addresses for users of mobile games offered by Defendant Zeroo Gravity Games in connection with a revised Notice Plan.
2. On November 12, 2024, counsel for Plaintiffs initiated service of subpoenas on Apple and Google.
3. The subpoenas have a return date of December 9, 2024.
4. Accordingly, the parties propose that the Court set a deadline shortly after that date for submission of the renewed motion for preliminary approval, including the revised Notice Plan.
5. Additionally, the parties request that the Court set the preliminary approval hearing in January in light of pre-scheduled vacation plans (including international travel) over the weeks of December 25-29, 2024 and January 2-6, 2025.
6. Specifically, the parties proposed the following schedule:
   - Renewed Motion for Preliminary Approval Due – **December 19, 2024**
   - Preliminary Approval Hearing – **January 9, 2025** (or as soon thereafter as the Court is available).

| | | |
|---|---|---|
| 1 | Dated: November 19, 2024 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | | |
| 3 | | By: /s/Michael A. Berta |
| 4 | | MICHAEL A. BERTA |
| 5 | | Attorneys for Defendant ZEROO GRAVITY GAMES LLC |
| 6 | | |
| 7 | | |
| 8 | Dated: November 19, 2024 | THE RYAN LAW GROUP |
| 9 | | |
| 10 | | By: /s/Andrew T. Ryan |
| | | ANDREW T. RYAN |
| 11 | | Attorneys for Plaintiffs |
| 12 | | SARA OCHOA and KIMBERLY BROWN |

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Michael Berta, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/Michael A. Berta
MICHAEL A. BERTA

Michael A. Berta (No. 194650)
michael.berta@arnoldporter.com
Joseph Farris (No. 263405)
joseph.farris@arnoldporter.com
Andrew Hannemann (No. 322400)
andrew.hannemann@arnoldporter.com
Estayvaine Bragg (No. 341400)
estayvaine.bragg@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400

Attorneys for Defendant
ZEROO GRAVITY GAMES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARA OCHOA and KIMBERLY BROWN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZEROO GRAVITY GAMES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:22-cv-05896-GW-AS<br><br>**[PROPOSED] ORDER SETTING SCHEDULE FOR RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

It is hereby ORDERED that:

1. The Renewed Motion for Preliminary Approval of Class Settlement is due on December 19, 2024.
2. A hearing on the Renewed Motion for Preliminary Approval of Class Settlement is set for January 9, 2025 at 8:30 a.m.

IT IS SO ORDERED.

Dated: _____       _____
George H. Wu
United States District Judge