UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5896-GW-ASx | Date | September 18, 2025 |
|---|---|---|---|
| Title | *Sara Ochoa v. Zeroo Gravity Games LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Myra Ponce | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew T. Ryan | Joseph R. Farris |

**PROCEEDINGS:** **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT [147]; and PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS [148]**

Alison E. Cordova, counsel for Movant State of Washington is also present.

The Court's Tentative Ruling on Plaintiffs' Motions [147, 148], was issued on September 16, 2025 [162, 164]. Oral argument is held. For reasons stated on the record, Plaintiffs' Motions are TAKEN UNDER SUBMISSION.

Plaintiffs are to prepare and file a new proposed order granting the motion for final approval of the settlement that omits the language that specifically refers to the attorney fee amount. The Court will issue a separate ruling on attorneys' fees.

| | : | 30 |
|---|---|---|
| | Initials of Preparer | JG |