UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARA OCHOA and KIMBERLY BROWN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZEROO GRAVITY GAMES LLC, a Delaware corporation,<br><br>Defendant. | CASE NO. CV 22-5896-GW-ASx<br><br>Assigned to Judge George H. Wu<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONALLY CERTIFYING THE SETTLEMENT CLASS, PROVIDING FOR NOTICE AND SCHEDULING ORDER** |

**PROPOSED ORDER**

WHEREAS, Plaintiffs Sara Ochoa and Kimberly Brown (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, on the one hand, and Defendant Zeroo Gravity Games LLC ("Defendant"), on the other hand, have entered into a Class Action Settlement and Release of Claims (the "Settlement"), filed April 3, 2025, after arms-length settlement discussions;

AND WHEREAS, the Court has received and considered the Settlement, including the accompanying exhibits;

AND WHEREAS, Plaintiffs have filed a renewed motion for an order preliminarily approving the Settlement for the full and final resolution of the claims in this action asserted by Plaintiffs on the terms and conditions set forth in the Settlement, and for the dismissal of the claims in this action with prejudice;

AND WHEREAS, Plaintiffs have filed a Motion for Attorneys' Fees, Costs and Service Awards

AND WHEREAS, on September 22, 2025 the Court granted final approval of the Settlement, including the awarding of costs and service awards, but reserved ruling on attorney fees;

AND WHEREAS, on September 19, 2025, the Court requested additional briefing regarding Plaintiffs' request for attorney fees, which the parties provided

AND WHEREAS, on September 26, 2025, the Court issued a Supplemental Ruling Re Plaintiffs' Motion for Attorneys' Fees, Costs and Service Awards;

AND WHEREAS, Plaintiffs have submitted a revised calculation of attorney fees consistent with the Court's September 26, 2025 Order.

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. The Court finds that attorney fees of $1,157,437.82 shall be awarded to Class Counsel. Defendant shall transfer that amount to Class Counsel within thirty days of the Effective Date under the Settlement.

2. This award is for services rendered only up to an appeal and is without prejudice to Class Counsel's seeking further fees and litigation expenses relating to

any appeal or any post-appeal proceeding, and without prejudice to Zeroo Gravity's ability to object to any motion or other request by Class Counsel for such fees and litigation expenses.

IT IS SO ORDERED.

Dated: October 1, 2025

_____
HON. GEORGE H. WU,
United States District Judge